IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE | ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT | ) | |
| LITIGATION | ) | |
| This document relates to: | ) | |
| MORTHEN NIELSEN, | ) | Case No: 1:13-cv-08784 |
| v. | ) | |
| CAPITAL ONE BANK (USA), N.A. | ) | |

**AGREED ORDER TO DISMISS WITH PREJUDICE**

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Morthen Nielsen v. Capital One Bank (USA), N.A.,13 C 8784* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a). Civil case terminated.

Dated: January 12, 2015

_____
JAMES F. HOLDERMAN
United States District Court